No. 51.   SMITH *v.* ALLWRIGHT, ELECTION JUDGE, ET AL. May 8, 1944.   Petitions for rehearing denied.   321 U. S. 649.

No. 499.   O'BRIEN *v.* O'BRIEN ET AL.   May 8, 1944. MR. JUSTICE MURPHY took no part in the consideration or decision of this application.   321 U. S. 767.

No. 1064, October Term, 1942.   PREBYL *v.* PRUDENTIAL INSURANCE CO. ET AL.; and

No. 617.   TERRELL *v.* PESCOR, WARDEN.   May 8, 1944. Second petitions for rehearing denied.   No. 1064, 320 U. S. 808.

No. 658.   McDONALD *v.* UNITED STATES.   May 15, 1944.

No. 764.   FENTON *v.* WALLING, ADMINISTRATOR.   May 15, 1944.   321 U. S. 798.

No. 765.   SMITH *v.* WALLING, ADMINISTRATOR.   May 15, 1944.   321 U. S. 798.

No. 606.   NIVENS *v.* UNITED STATES.   May 15, 1944. Second petition for rehearing denied.   321 U. S. 804.

No. ——.   EX PARTE STANLEY B. PEPLOWSKI.   May 22, 1944.

Nos. 336 and 338.   NATIONAL LABOR RELATIONS BOARD *v.* HEARST PUBLICATIONS, INC.   May 22, 1944.